UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Verne A. Hall, et al.,

        Plaintiffs,

v.                                   ORDER
                                    Civ. No. 04-4812(MJD/AJB)

Best Buy Co., Inc., et al.,

        Defendants.
_____

      This matter is before the Court upon Plaintiffs' appeal of Chief Magistrate Judge Jonathan Lebedoff's Order dated September 7, 2005.  Plaintiff appeals from that portion of the Order granting Best Buy's motion for a protective order regarding race and gender information and denying Plaintiffs' concurrent motion to compel.

      The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2).  Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

IT IS HEREBY ORDERED that the Order dated September 7, 2005 [Docket No. 106] is AFFIRMED.

Date: October 28, 2005

s/ Michael J. Davis  
Michael J. Davis  
United States District Court

Civil No. 04-4812