UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Verne A. Hall, Erik M. Jothen, Susan J. Aschenbeck, Donald P. Brennan, Roberta S. (Filler) Carlson, John J. Carney, Fang-Pai Chen, Ronnie B. Clausen, David L. Draper, Gary L. Flemino, Debra Jean Foster, Linda K. Giles, Janice B. Hanson, Richard W. Hartmann, Paul O. Holtan, Andre M. Hudson, Oleg Ivanov, Vaughn Edwen James, Hugh F. Juergens, Glen A. Juntti, Sharon L. Kelly, Vladimir Kessler, Sally M. Kleiner, Randall S. Knox, Janet L. Lekson, LaRae L. Lemon, Shawn Xiao Liu, Esther G. Mazurek, Daniel J. McKenzie, Thomas M. Noska, Roy D. Okins, Richard David Olund, Gregory J. Pettis, Joy G. Piao, Boris L. Rabichev, Joy M. Reinhart, JoAnn Baird Shoemaker, Kent D. Smith, Lynette M. Steuck, Gregory K. Stoner, Billy S. Summers, Marina Vorobeychik, Richard L. Walstrom, Philip B. Winters, Hong Yan, Ernest R. Zahradka, Xianmin Shane Zhang, for and on behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Best Buy Co., Inc. and Best Buy Enterprise Services, Inc.,<br><br>Defendants. | Civil No. 04-4812 (MJD/AJB)<br><br><br><br><br><br><br><br><br><br>**ORDER DISMISSING OPT-IN PLAINTIFF KENNETH CLARIN'S CLAIMS WITHOUT PREJUDICE** |

<u>Hall v. Best Buy</u>, Civil No.:  04-4812 (MJD/AJB)

Upon the joint request of counsel for opt-in plaintiffs and defense counsel, and being cognizant of the "Stipulation Concerning Withdrawal of Claims by Opt-In Plaintiff Kenneth Clarin" on file herein,

**IT IS HEREBY ORDERED** that all claims of Kenneth Clarin are hereby dismissed without prejudice.  In the context of this Order, "without prejudice" does not imply that any time period for filing an "opt-in" claim in this case has been extended or otherwise altered for Mr. Clarin or any other potential opt-in plaintiff.

Dated: January 12, 2006.                               BY THE COURT:


                                                       <u>s / Michael J. Davis</u>
                                                       MICHAEL J. DAVIS
                                                       Judge of United States District Court