**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

**VERNE A. HALL, et al.,**

      **Plaintiffs,**

v.

**BEST BUY COMPANY, INC. and
BEST BUY ENTERPRISE SERVICES,
INC.,**

      **Defendants.**

**ORDER
Civil File No. 04-4812 (MJD/AJB)**

---

Stephen J. Snyder, Gray Plant, Mooty, Mooty & Bennett, P.A., Counsel for Plaintiffs.

Wood R. Foster, Jr., Siegel, Brill, Greupner, Duffy & Foster, P.A., Counsel for Opt-in Plaintiffs.

Janet C. Evans, Robins, Kaplan, Miller & Ciresi, L.L.P. Counsel for Defendants.

---

The Court is in receipt of the Parties' joint letter asking that this case be removed from the Court's late summer trial block. Accordingly, **IT IS HEREBY ORDERED** that this case is removed from the trial block notice dated June 12, 2006 [Doc. No. 212].

Dated: June 14, 2006                                                    s / Michael J. Davis
                                                                                     Michael J. Davis
                                                                                      United States District Court