# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**VERNE A. HALL, et al.,**

       **Plaintiffs,**

v.                                          **ORDER**
                                         **Civil File No. 04-4812 (MJD/AJB)**

**BEST BUY COMPANY, INC. and
BEST BUY ENTERPRISE SERVICES,
INC.,**

       **Defendants.**

**JEFFERY LOEB,**

       **Plaintiff,**

v.                                          **Civil File No. 05-720 (MJD/AJB)**

**BEST BUY COMPANY, INC. and
BEST BUY ENTERPRISE SERVICES,
INC.,**

       **Defendants.**

---

Stephen J. Snyder, Gray Plant, Mooty, Mooty & Bennett, P.A., Counsel for Plaintiffs.

David L. Shulman, Law Office of David L. Shulman, PLLC, Counsel for Plaintiff Jeffery Loeb.

Wood R. Foster, Jr., Siegel, Brill, Greupner, Duffy & Foster, P.A., Counsel for Opt-in Plaintiffs.

Janet C. Evans, Robins, Kaplan, Miller & Ciresi, L.L.P. Counsel for Defendants.

---

These two cases are related.  In the interest of judicial economy, the Court **HEREBY ORDERS** that the case captioned <u>Loeb v. Best Buy</u>, No. 05-720 (MJD/AJB) be closed, and that <u>Loeb</u> become part of the main case, <u>Hall et al. v. Best Buy</u>, No. 04-4812 (MJD/AJB).  The Pretrial Scheduling Order issued in <u>Hall</u> and the amendments thereto shall now apply to <u>Loeb</u> also.

Dated: June 15, 2006

<u>s / Michael J. Davis</u>  
Michael J. Davis  
United States District Court
