UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Verne A. Hall, Erik M. Jothen, Susan J. Aschenbeck, Donald P. Brennan, Roberta S. (Filler) Carlson, John J. Carney, Fang-Pai Chen, Ronnie B. Clausen, David L. Draper, Gary L. Flemino, Debra Jean Foster, Linda K. Giles, Janice B. Hanson, Richard W. Hartmann, Paul O. Holtan, Andre M. Hudson, Oleg Ivanov, Vaughn Edwen James, Hugh F. Juergens, Glen A. Juntti, Sharon L. Kelly, Vladimir Kessler, Sally M. Kleiner, Randall S. Knox, Janet L. Lekson, LaRae L. Lemon, Shawn Xiao Liu, Esther G. Mazurek, Daniel J. McKenzie, Thomas M. Noska, Roy D. Okins, Richard David Olund, Gregory J. Pettis, Joy G. Piao, Boris L. Rabichev, Joy M. Reinhart, JoAnn Baird Shoemaker, Kent D. Smith, Lynette M. Steuck, Gregory K. Stoner, Billy S. Summers, Marina Vorobeychik, Richard L. Walstrom, Philip B. Winters, Hong Yan, Ernest R. Zahradka, Xianmin Shane Zhang, for and on behalf of themselves and other persons similarly situated, <br><br>Plaintiffs,<br><br>vs.<br><br>Best Buy Co., Inc. and Best Buy Enterprise Services, Inc.<br><br>Defendants. | Civil No. 04-4812 (MJD/AJB)<br><br><br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING LEAVE TO PLAINTIFFS TO SUBMIT ONE BRIEF IN RESPONSE TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON INDIVIDUAL AGE DISCRIMINATION CLAIMS** |

Based upon the written submissions in connection with Plaintiffs' Motion for Leave to File a Combined Response to Defendants' Motions for Partial Summary Judgment on Individual Age Discrimination Claims, and all of the file and record in this action, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion is granted.

2. Plaintiffs may file a single memorandum of law in response to Defendants' six motions for partial summary judgment on individual age discrimination claims, which shall not exceed 75,000 words.

Dated:  August 11, 2006                           s / Michael J. Davis
                                                  Judge of District Court