# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**VERNE A. HALL, et al.,**

        **Plaintiffs,**

v.

**BEST BUY COMPANY, INC. and BEST BUY ENTERPRISE SERVICES, INC.,**

        **Defendants.**

**ORDER**
**Civil File No. 04-4812 (MJD/AJB)**

---

Craig A. Brandt, Jennifer J. Olson, Julie L. Boehmke, Laurie A. Knocke, Stephen J. Snyder, and Ugo A. Ukabam, Gray Plant Mooty Mooty & Bennett, PA Counsel for Plaintiffs.

Jay B. Streitz, Siegel Brill Greupner Duffy & Foster, PA, Counsel for Opt-in Plaintiffs.

David L. Shulman, Law Office of David L. Shulman PLLC, Counsel for Plaintiff Jeffrey Loeb.

Charles O. Lentz, Janet C. Evans, Kari Thoe Crone, Kelly K. Pierce, Lisa L. Heller, Sara Anspach Poulos, Stacey P. Slaughter, and Joel A. Mintzer, Robins Kaplan Miller & Ciresi LLP, Counsel for Defendants.

_____

      Oral arguments on Defendants' various motions for summary judgment are currently scheduled for November 27, 2006. To facilitate efficient oral arguments,

**IT IS HEREBY ORDERED**:

1. The Parties shall meet and confer and submit to the Court **by 4:30 p.m. Tuesday, October 31, 2006** a list of what motions the Parties want heard on November 27, 2006 and how much time the Court should reserve for argument on each of the motions; and

2. Plaintiffs shall submit to the Court **by 4:30 p.m. Tuesday, October 31, 2006** a chart indicating where the Court can find the affidavits, declarations, and exhibits they cite in their opposition briefs. The chart must include all identifying information including the title of the motion in which the affidavit, declaration, or exhibit was originally filed.

DATED: October 26, 2006

                                                  s / Michael J. Davis
                                                  Michael J. Davis
                                                  UNITED STATES DISTRICT COURT