# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Verne A. Hall, et al., | ) | Civil No. 04-4812 MJD/AJB |
| Plaintiffs, | ) | **Order** |
| vs. | ) | |
| Best Buy Co., Inc. and Best Buy Enterprise Services, Inc. | ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated this 12th day of June, 2007.

BY THE COURT:

s/Michael J. Davis
Michael J. Davis
United States District Court Judge